GRACE KAYE et al., Respondents, *v.* PEKA, INC., Appellant.

Argued October 12, 1954; decided November 18, 1954.

*George W. Clark* and *Kenneth R. Thompson* for appellant.
*Alfred S. Julien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.